Linda Anderson NEWTON,
Plaintiff/Respondent,

v.

Michael K. TAYLOR,
Defendant/Appellant.

Nos. ED 82252, ED 82523.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 19, 2003.

Daniel E. Wilke, Wilke & Wilke, P.C., St. Louis, MO, for appellant.

Michael R. Gibbons, Gibbons, Gibbons & Howard, P.C., Kirkwood, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Defendant, Michael Taylor, appeals the trial court's judgment denying his motion to set aside a default judgment. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).